|   | |
|---|---|
| 1 | Zachary M. Best, SBN 166035 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone: (408) 298-2000 |
| 4 | Facsimile: (408) 298-6046<br>Email: service@mission.legal |

Attorneys for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE TRUJILLO, | ) | No. 1:18-cv-00350-LJO-EPG |
| Plaintiff, | )<br>) | **STIPULATION GRANTING** |
| vs. | )<br>) | **DEFENDANT LEAVE TO FILE FIRST**<br>**AMENDED ANSWER; ORDER** |
| SPEED ENGINEERING & PERFORMANCE<br>CORPORATION dba SPEED<br>ENGINEERING, et al., | )<br>)<br>) | |
| Defendants. | )<br>) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Acosta ("Plaintiff"), and Defendant, Jerry E. Cook, Trustee of the Jerry E. Cook and Suzanne M. Cook Family Trust as amended and restated in 2005 Bypass Trust ("Defendant," and together with Plaintiff, the "Parties"), the parties who have appeared in this action[1], through their respective attorneys of record, that Defendant may file a First Amended Answer to Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court, and is not prejudicial to Plaintiff, the product of undue delay, proposed in bad faith, or futile.

---

[1] A clerk's default was entered against defendant Speed Engineering & Performance Corporation on May 15, 2018 (Dkt. 9).

Page 1

**IT IS FURTHER STIPULATED** that Defendant will file his First Amended Answer to Complaint within five (5) calendar days of the Court's Order permitting such filing.

**IT IS SO STIPULATED**.

Dated: May 16, 2018                   MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

Dated: May 16, 2018                   DOWLING AARON INCORPORATED

*/s/ G. Andrew Slater*
G. Andrew Slater
Attorneys for Defendant,
Jerry E. Cook, Trustee of the Jerry E. Cook and Suzanne M. Cook Family Trust as amended and restated in 2005 Bypass Trust

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Jerry E. Cook, Trustee of the Jerry E. Cook and Suzanne M. Cook Family Trust as amended and restated in 2005 Bypass Trust, shall file his First Amended Answer to Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

IT IS SO ORDERED.

Dated: **May 18, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE