| | |
|---|---|
| 1 | G. Andrew Slater #238126 |
| 2 | DOWLING AARON INCORPORATED<br>8080 North Palm Avenue, Third Floor |
| 3 | P.O. Box 28902<br>Fresno, California 93729-8902 |
| 4 | Tel: (559) 432-4500<br>Fax: (559) 432-4590 |
| 5 | E-Mail: aslater@dowlingaaron.com |

Attorneys for Defendant
JERRY E. COOK, Trustee of THE JERRY E. COOK AND SUZANNE M. COOK FAMILY TRUST as amended and restated in 2005 Bypass Trust

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>vs.<br><br>SPEED ENGINEERING & PERFORMANCE CORPORATION dba SPEED ENGINEERING; JERRY E. COOK, Trustee of THE JERRY E. COOK AND SUZANNE M. COOK FAMILY TRUST as amended and restated in 2005 Bypass Trust,<br><br>    Defendants. | Case No. 1:18-cv-00350-LJO-EPG<br><br>**STIPULATION GRANTING DEFENDANT SPEED ENGINEERING & PERFORMANCE CORPORATION dba SPEED ENGINEERING LEAVE TO FILE ANSWER AND ORDER**<br><br>**(ECF No. 13)** |

    **IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Acosta ("Plaintiff"), and Defendant, Speed Engineering & Performance Corporation dba Speed Engineering ("Defendant," and together with Plaintiff, the "Parties"), through their respective attorneys of record, that: (1) the default entered against Defendant Speed Engineering & Performance Corporation dba Speed Engineering be set aside; and (2) Defendant Speed Engineering & Performance Corporation dba Speed Engineering may file an Answer to the Complaint, a copy of which is attached hereto as Exhibit "A." This answer will not modify any date or deadline fixed by the Court, and is not prejudicial to Plaintiff, the product of undue delay, proposed in bad faith, or futile.

IT IS FURTHER STIPULATED that Defendant will file its Answer to the Complaint within five (5) calendar days of the Court's Order permitting such filing.

IT IS SO STIPULATED.

Dated: June 1, 2018                     MISSION LAW FIRM, A.P.C.


By: */s/ Zachary M. Best*
    Zachary M. Best
    Attorney for Plaintiff,
    Jose Acosta

Dated: June 1, 2018                     DOWLING AARON INCORPORATED


By: */s/ G. Andrew Slater*
    G. ANDREW SLATER
    Attorney for Defendant
    JERRY E. COOK, Trustee of THE JERRY E.
    COOK AND SUZANNE M. COOK FAMILY
    TRUST as amended and restated in 2005
    Bypass Trust

# ORDER

Pursuant to the Parties' stipulation (ECF No. 13), and good cause appearing,

**IT IS ORDERED** that (1) the stipulation is granted; (2) the default previously entered against Defendant Speed Engineering & Performance Corporation dba Speed Engineering (ECF No. 9) is set aside; and (3) Defendant Speed Engineering & Performance Corporation dba Speed Engineering shall file its Answer to the Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

IT IS SO ORDERED.

Dated: __**June 4, 2018**__                    /s/ *Erin P. Gross*
                                               UNITED STATES MAGISTRATE JUDGE