# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>Plaintiff,<br><br>v.<br><br>SPEED ENGINEERING & PERFORMANCE CORPORATION dba SPEED ENGINEERING; JERRY E. COOK, Trustee of the JERRY E. COOK AND SUZANNE M. COOK FAMILY TRUST as amended and restated in 2005 Bypass Trust;<br><br>Defendants. | Case No. 1:18-cv-00350-LJO-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 19) |

On August 8, 2018, the parties filed a stipulation to dismiss the entire action with prejudice (ECF No. 19). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 9, 2018**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

1